**Rule 105. Continuing Legal Education Requirement**

\*\*\*

**(d) Lawyers with an Emeritus license shall complete an annual CLE requirement of eight (8) hours pursuant to these rules and established in Board regulations.**